## United States Bankruptcy Court
## Northern District of Illinois

**IN RE:**                                                                                  Case No. _____

**AAA Fence Corporation** _____    Chapter **7** _____
                                    Debtor(s)

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1.   Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

For legal services, I have agreed to accept . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ _____**2,500.00**

Prior to the filing of this statement I have received . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ _____**2,500.00**

Balance Due . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ _____**0.00**

2.   The source of the compensation paid to me was:  ☑ Debtor    ☐ Other (specify):

3.   The source of compensation to be paid to me is:  ☐ Debtor    ☐ Other (specify):

4.   ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5.   In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

a.   Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

b.   Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;

c.   Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

d.   ~~Representation of the debtor in adversary proceedings and other contested bankruptcy matters;~~

e.   [Other provisions as needed]

6.   By agreement with the debtor(s), the above disclosed fee does not include the following services:

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

---

CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

_____        */s/ Jeffrey Collins*
            **August 30, 2010**
                    Date                            **Jeffrey Collins 6276436**
                                                    **Jeffrey Collins, Attorney**
                                                    **1251 N Plum Grove Rd, Suite 160**
                                                    **Schaumburg, IL  60173-0000**
                                                    **(312) 212-1000  Fax: (847) 805-9481**
                                                    **JCollins@USLawAttys.com**

B201A (Form 201A) (12/09)

**WARNING: Effective December 1, 2009, the 15-day deadline to file schedules and certain other documents under Bankruptcy Rule 1007(c) is shortened to 14 days. For further information, see note at bottom of page 2**

## UNITED STATES BANKRUPTCY COURT

## NOTICE TO CONSUMER DEBTOR(S) UNDER §342(b)
## OF THE BANKRUPTCY CODE

In accordance with § 342(b) of the Bankruptcy Code, this notice to individuals with primarily consumer debts: (1) Describes briefly the services available from credit counseling services; (2) Describes briefly the purposes, benefits and costs of the four types of bankruptcy proceedings you may commence; and (3) Informs you about bankruptcy crimes and notifies you that the Attorney General may examine all information you supply in connection with a bankruptcy case.

You are cautioned that bankruptcy law is complicated and not easily described. Thus, you may wish to seek the advice of an attorney to learn of your rights and responsibilities should you decide to file a petition. Court employees cannot give you legal advice.

Notices from the bankruptcy court are sent to the mailing address you list on your bankruptcy petition. In order to ensure that you receive information about events concerning your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address. If you are filing a joint case (a single bankruptcy case for two individuals married to each other), and each spouse lists the same mailing address on the bankruptcy petition, you and your spouse will generally receive a single copy of each notice mailed from the bankruptcy court in a jointly-addressed envelope, unless you file a statement with the court requesting that each spouse receive a separate copy of all notices.

## 1. <u>Services Available from Credit Counseling Agencies</u>

**With limited exceptions, § 109(h) of the Bankruptcy Code requires that all individual debtors who file for bankruptcy relief on or after October 17, 2005, receive a briefing that outlines the available opportunities for credit counseling and provides assistance in performing a budget analysis.** The briefing must be given within 180 days **before** the bankruptcy filing. The briefing may be provided individually or in a group (including briefings conducted by telephone or on the Internet) and must be provided by a nonprofit budget and credit counseling agency approved by the United States trustee or bankruptcy administrator. The clerk of the bankruptcy court has a list that you may consult of the approved budget and credit counseling agencies. Each debtor in a joint case must complete the briefing.

**In addition, after filing a bankruptcy case, an individual debtor generally must complete a financial management instructional course before he or she can receive a discharge.** The clerk also has a list of approved financial management instructional courses. Each debtor in a joint case must complete the course.

## 2. <u>The Four Chapters of the Bankruptcy Code Available to Individual Consumer Debtors</u>

<u>**Chapter 7: Liquidation ($245 filing fee, $39 administrative fee, $15 trustee surcharge: Total fee $299)**</u>
Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts. Debtors whose debts are primarily consumer debts are subject to a "means test" designed to determine whether the case should be permitted to proceed under chapter 7. If your income is greater than the median income for your state of residence and family size, in some cases, the United States trustee (or bankruptcy administrator), the trustee, or creditors have the right to file a motion requesting that the court dismiss your case under § 707(b) of the Code. It is up to the court to decide whether the case should be dismissed.

Under chapter 7, you may claim certain of your property as exempt under governing law. A trustee may have the right to take possession of and sell the remaining property that is not exempt and use the sale proceeds to pay your creditors.

The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your

discharge and, if it does, the purpose for which you filed the bankruptcy petition will be defeated.

Even if you receive a general discharge, some particular debts are not discharged under the law. Therefore, you may still be responsible for most taxes and student loans; debts incurred to pay nondischargeable taxes; domestic support and property settlement obligations; most fines, penalties, forfeitures, and criminal restitution obligations; certain debts which are not properly listed in your bankruptcy papers; and debts for death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs. Also, if a creditor can prove that a debt arose from fraud, breach of fiduciary duty, or theft, or from a willful and malicious injury, the bankruptcy court may determine that the debt is not discharged.

**Chapter 13**: Repayment of All or Part of the Debts of an Individual with Regular Income ($235 filing fee, $39 administrative fee: Total fee $274)

Chapter 13 is designed for individuals with regular income who would like to pay all or part of their debts in installments over a period of time. You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.

Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, using your future earnings. The period allowed by the court to repay your debts may be three years or five years, depending upon your income and other factors. The court must approve your plan before it can take effect.

After completing the payments under your plan, your debts are generally discharged except for domestic support obligations; most student loans; certain taxes; most criminal fines and restitution obligations; certain debts which are not properly listed in your bankruptcy papers; certain debts for acts that caused death or personal injury; and certain long term secured obligations.

**Chapter 11**: Reorganization ($1000 filing fee, $39 administrative fee: Total fee $1039)

Chapter 11 is designed for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision by an individual to file a chapter 11 petition should be reviewed with an attorney.

**Chapter 12**: Family Farmer or Fisherman ($200 filing fee, $39 administrative fee: Total fee $239)

Chapter 12 is designed to permit family farmers and fishermen to repay their debts over a period of time from future earnings and is similar to chapter 13. The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family-owned farm or commercial fishing operation.

**3. Bankruptcy Crimes and Availability of Bankruptcy Papers to Law Enforcement Officials**

A person who knowingly and fraudulently conceals assets or makes a false oath or statement under penalty of perjury, either orally or in writing, in connection with a bankruptcy case is subject to a fine, imprisonment, or both. All information supplied by a debtor in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the United States Trustee, the Office of the United States Attorney, and other components and employees of the Department of Justice.

**WARNING:** Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information regarding your creditors, assets, liabilities, income, expenses and general financial condition. Your bankruptcy case may be dismissed if this information is not filed with the court within the time deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court. The documents and the deadlines for filing them are listed on Form B200, which is posted at http://www.uscourts.gov/bkforms/bankruptcy_forms.html#procedure.

**Many filing deadlines change on December 1, 2009. Of special note, 12 rules that set 15 days to act are amended to require action within 14 days, including Rule 1007(c), filing the initial case papers; Rule 3015(b), filing a chapter 13 plan; Rule 8009(a), filing appellate briefs; and Rules 1019, 1020, 2015, 2015.1, 2016, 4001, 4002, 6004, and 6007.**

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B201B (Form 201B) (12/09)

## United States Bankruptcy Court
## Northern District of Illinois

IN RE:                                                                                      Case No. _____

AAA Fence Corporation _____    Chapter **7** _____

                              Debtor(s)

## CERTIFICATION OF NOTICE TO CONSUMER DEBTOR(S)
## UNDER § 342(b) OF THE BANKRUPTCY CODE

### Certificate of [Non-Attorney] Bankruptcy Petition Preparer

I, the [non-attorney] bankruptcy petition preparer signing the debtor's petition, hereby certify that I delivered to the debtor the attached notice, as required by § 342(b) of the Bankruptcy Code.

| | |
|---|---|
| Printed Name and title, if any, of Bankruptcy Petition Preparer | Social Security number (If the bankruptcy |
| Address: | petition preparer is not an individual, state |
| | the Social Security number of the officer, |
| | principal, responsible person, or partner of |
| | the bankruptcy petition preparer.) |
| **X** _____ | (Required by 11 U.S.C. § 110.) |

Signature of Bankruptcy Petition Preparer of officer, principal, responsible person, or partner whose Social Security number is provided above.

### Certificate of the Debtor

I (We), the debtor(s), affirm that I (we) have received and read the attached notice, as required by § 342(b) of the Bankruptcy Code.

**AAA Fence Corporation** _____    **X** /s/ _____    **8/30/2010**
Printed Name(s) of Debtor(s)                        Signature of Debtor                               Date

Case No. (if known) _____    **X** _____
                                                    Signature of Joint Debtor (if any)                Date

**Instructions:** Attach a copy of Form B 201A, Notice to Consumer Debtor(s) Under § 342(b) of the Bankruptcy Code.

Use this form to certify that the debtor has received the notice required by 11 U.S.C. § 342(b) **only** if the certification has **NOT** been made on the Voluntary Petition, Official Form B1. Exhibit B on page 2 of Form B1 contains a certification by the debtor's attorney that the attorney has given the notice to the debtor. The Declarations made by debtors and bankruptcy petition preparers on page 3 of Form B1 also include this certification.

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B1 (Official Form 1) (4/10)

## United States Bankruptcy Court
### Northern District of Illinois

**Voluntary Petition**

| Name of Debtor (if individual, enter Last, First, Middle): **AAA Fence Corporation** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years (include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years (include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all): **30-0184424** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all): |
| Street Address of Debtor (No. & Street, City, State & Zip Code): **8699 Circle Dr Brookfield, IL** ZIPCODE **60513** | Street Address of Joint Debtor (No. & Street, City, State & Zip Code): ZIPCODE |
| County of Residence or of the Principal Place of Business: **Cook** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address) ZIPCODE | Mailing Address of Joint Debtor (if different from street address): ZIPCODE |

| Location of Principal Assets of Business Debtor (if different from street address above): ZIPCODE |
|---|

<table>
<tr><td><b>Type of Debtor</b><br>(Form of Organization)<br>(Check <b>one</b> box.)<br><br>☐ Individual (includes Joint Debtors)<br><i>See Exhibit D on page 2 of this form.</i><br>☑ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)</td>
<td><b>Nature of Business</b><br>(Check <b>one</b> box.)<br><br>☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☑ Other<br><br><b>Tax-Exempt Entity</b><br>(Check box, if applicable.)<br>☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).</td>
<td><b>Chapter of Bankruptcy Code Under Which the Petition is Filed</b> (Check <b>one</b> box.)<br><br>☑ Chapter 7    ☐ Chapter 15 Petition for<br>☐ Chapter 9        Recognition of a Foreign<br>☐ Chapter 11       Main Proceeding<br>☐ Chapter 12    ☐ Chapter 15 Petition for<br>☐ Chapter 13       Recognition of a Foreign<br>                    Nonmain Proceeding<br><br><b>Nature of Debts</b><br>(Check one box.)<br>☐ Debts are primarily consumer    ☑ Debts are primarily<br>debts, defined in 11 U.S.C.        business debts.<br>§ 101(8) as "incurred by an<br>individual primarily for a<br>personal, family, or house-<br>hold purpose."</td></tr>
</table>

<table>
<tr><td><b>Filing Fee</b> (Check one box)<br><br>☑ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (Applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br><br>☐ Filing Fee waiver requested (Applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.</td>
<td><b>Chapter 11 Debtors</b><br>Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts owed to non-insiders or affiliates are less than $2,343,300 (amount subject to adjustment on 4/01/13 and every three years thereafter).<br>- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).</td></tr>
</table>

**Statistical/Administrative Information**

☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
☑ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |

Estimated Assets

| ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B1 (Official Form 1) (4/10)

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**AAA Fence Corporation** |
|---|---|

| **Prior Bankruptcy Case Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
|---|---|---|
| Location<br>Where Filed:**None** | Case Number: | Date Filed: |
| Location<br>Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor:<br>**None** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A**<br>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐  Exhibit A is attached and made a part of this petition. | **Exhibit B**<br>(To be completed if debtor is an individual<br>whose debts are primarily consumer debts.)<br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by § 342(b) of the Bankruptcy Code.<br><br>X _____<br>      Signature of Attorney for Debtor(s)                    Date |
|---|---|

| **Exhibit C**<br>Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?<br><br>☐  Yes, and Exhibit C is attached and made a part of this petition.<br>☑  No |
|---|

| **Exhibit D**<br>(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)<br>      ☐  Exhibit D completed and signed by the debtor is attached and made a part of this petition.<br><br>If this is a joint petition:<br>      ☐  Exhibit D also completed and signed by the joint debtor is attached a made a part of this petition. |
|---|

| **Information Regarding the Debtor - Venue**<br>(Check any applicable box.)<br>      ☑  Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.<br><br>      ☐  There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.<br><br>      ☐  Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District. |
|---|

| **Certification by a Debtor Who Resides as a Tenant of Residential Property**<br>(Check all applicable boxes.)<br>      ☐  Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)<br><br>      _____<br>            (Name of landlord or lessor that obtained judgment)<br><br>      _____<br>                  (Address of landlord or lessor)<br><br>      ☐  Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and<br><br>      ☐  Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.<br><br>      ☐  Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)). |
|---|

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B1 (Official Form 1) (4/10)                                                                                                              Page 3

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**AAA Fence Corporation** |
|---|---|

**Signatures**

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
|---|---|

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under Chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United State Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

**Signature of a Foreign Representative**

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only **one** box.)

☐  I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐  Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

---

**Signature of Attorney\***

X */s/ Jeffrey Collins*
Signature of Attorney for Debtor(s)

**Jeffrey Collins 6276436**
**Jeffrey Collins, Attorney**
**1251 N Plum Grove Rd, Suite 160**
**Schaumburg, IL  60173-0000**
**(312) 212-1000  Fax: (847) 805-9481**
**JCollins@USLawAttys.com**

**August 30, 2010**
Date
\*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

**Signature of Non-Attorney Petition Preparer**

I declare under penalty of perjury that: 1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; 2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h) and 342(b); 3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any,  of Bankruptcy Petition Preparer

_____
Social Security Number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

_____
Address

X _____
Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose social security number is provided above.

_____
Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. § 110; 18 U.S.C. § 156.*

---

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X */s/ Theodore Van Buren*
Signature of Authorized Individual

**Theodore Van Buren**
Printed Name of Authorized Individual

**Owner**
Title of Authorized Individual

**August 30, 2010**
Date

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**United States Bankruptcy Court**

**Northern District of Illinois**

IN RE:                                                         Case No. _____

**AAA Fence Corporation** _____     Chapter **7** _____
                                    Debtor(s)

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NUMBER OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | $ 0.00 | | |
| B - Personal Property | Yes | 3 | $ 1,507.00 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | $ 0.00 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 2 | | $ 15,099.90 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 16 | | $ 379,187.73 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 8 | | | |
| I - Current Income of Individual Debtor(s) | No | | | | $ |
| J - Current Expenditures of Individual Debtor(s) | No | | | | $ |
| TOTAL | | 33 | $ 1,507.00 | $ 394,287.63 | |

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6A (Official Form 6A) (12/07)

IN RE **AAA Fence Corporation**
_____
Debtor(s)

Case No. _____
(If known)

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| **None** | | | | |
| | | | **TOTAL** 0.00 | |

(Report also on Summary of Schedules)

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6B (Official Form 6B) (12/07)

IN RE **AAA Fence Corporation**
_____
                    Debtor(s)                                    Case No. _____
                                                                                    (If known)

# SCHEDULE B - PERSONAL PROPERTY

   Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

   **Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

   If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand. | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **North Shore community Bank and Trust Checking account** | | **7.00** |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, include audio, video, and computer equipment. | X | | | |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | X | | | |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interest in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | | | |
| 10. Annuities. Itemize and name each issue. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6B (Official Form 6B) (12/07) - Cont.

IN RE **AAA Fence Corporation** _____    Case No. _____
                    Debtor(s)                                                              (If known)

## SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements in which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interest, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | **Lap top- belongs to owner** | | **200.00** |
| | | **Office furniture: Two desks & two credenza's** | | **300.00** |
| 29. Machinery, fixtures, equipment, and supplies used in business. | | **Fork Lift (Not working; needs battery, 1980's model)** | | **600.00** |
| | | **Hand tools- distributed to owner** | | **200.00** |
| | | **Paint Sprayer** | | **100.00** |
| | | **Portable generator** | | **100.00** |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6B (Official Form 6B) (12/07) - Cont.

IN RE **AAA Fence Corporation**
_____
                    Debtor(s)

Case No. _____
                        (If known)

## SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 32.  Crops - growing or harvested. Give particulars. | X | | | |
| 33.  Farming equipment and implements. | X | | | |
| 34.  Farm supplies, chemicals, and feed. | X | | | |
| 35.  Other personal property of any kind not already listed. Itemize. | X | | | |
| | | | **TOTAL** | 1,507.00 |

(Include amounts from any continuation sheets attached.
Report total also on Summary of Schedules.)

_____  **0** continuation sheets attached

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6C (Official Form 6C) (04/10)

IN RE **AAA Fence Corporation** _____    Case No. _____
                    Debtor(s)                                                            (If known)

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor elects the exemptions to which debtor is entitled under:        ☐ Check if debtor claims a homestead exemption that exceeds $146,450. *
(Check one box)
☐ 11 U.S.C. § 522(b)(2)
☐ 11 U.S.C. § 522(b)(3)

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTIONS |
|---|---|---|---|
| **Not Applicable** | | | |

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

* *Amount subject to adjustment on 4/1/13 and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

B6D (Official Form 6D) (12/07)

IN RE **AAA Fence Corporation**                                    Case No. _____
                               Debtor(s)                                                    (If known)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is the creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H – Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☑ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | | |
| | | | Value $ | | | | | |
| ACCOUNT NO. | | | | | | | | |
| | | | Value $ | | | | | |
| ACCOUNT NO. | | | | | | | | |
| | | | Value $ | | | | | |
| ACCOUNT NO. | | | | | | | | |
| | | | Value $ | | | | | |
| **0** continuation sheets attached | | | Subtotal (Total of this page) | | | | $ | $ |
| | | | Total (Use only on last page) | | | | $ | $ |
| | | | | | | | (Report also on Summary of Schedules.) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.) |

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6E (Official Form 6E) (04/10)

IN RE **AAA Fence Corporation** _____    Case No. _____
　　　　　　　　　　　　Debtor(s)　　　　　　　　　　　　　　　(If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic Support Obligations**
Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**
Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**
Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**
Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**
Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**
Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☑ **Taxes and Certain Other Debts Owed to Governmental Units**
Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**
Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**
Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amounts are subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

_____ **1** continuation sheets attached

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6E (Official Form 6E) (04/10) - Cont.

IN RE **AAA Fence Corporation**                                    Case No. _____
_____
            Debtor(s)                                              (If known)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

### Taxes and Other Certain Debts Owed to Governmental Units
(Type of Priority for Claims Listed on This Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 036746273555200706 <br> **Department Of The Treasury Financial Management Service P.O. Box 1686 Birmingham, AL 35201** | X | | **corporate liability for business account** | | | | **unknown** | | |
| ACCOUNT NO. 12533011 <br> **Harvard Collection Services, INC 4839 N. Elston Ave. Chicago, IL 60630** | X | | **corporate liability for business account Creditor: Illinois Dept. of Revenue** | | | | **13,048.29** | **13,048.29** | |
| ACCOUNT NO. xxx-xx-2735 <br> **Illinois Department Of Revenue P.O. Box 06140 Chicago, IL 60606** | | | **tax liability** | | | | **1,043.58** | **1,043.58** | |
| ACCOUNT NO. xxx-xx-2735 <br> **Internal Revenue Service Kansas City, MO 64999-0025** | | | **Tax period 12-31-2001** | | | | **934.58** | **934.58** | |
| ACCOUNT NO. xxx-xx-2735 <br> **Internal Revenue Service P.O. Box 145566 Cincinnati, OH 11742-9019** | | | **tax liability** | | | | **73.45** | **73.45** | |
| ACCOUNT NO. | | | | | | | | | |

Sheet no. __1__ of __1__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Totals of this page) $ **15,099.90** | $ **15,099.90** | $

Total
(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) $ **15,099.90**

Total
(Use only on last page of the completed Schedule E. If applicable,
report also on the Statistical Summary of Certain Liabilities and Related Data.) $ **15,099.90** | $

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07)

IN RE **AAA Fence Corporation** _____   Case No. _____
                    Debtor(s)                                            (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **917814**<br>**A.G. Adjustments Ltd**<br>**740 Walt Whitman Rd. P.O. Box 9090**<br>**Melville, NY  11747** | X | | corporate liability for reed business information regional | | | | 2,823.53 |
| ACCOUNT NO. **WC6J3595**<br>**Access Receivables Management**<br>**P.O. Box 9801**<br>**Townson, MD  21284** | X | | corporate liability for original creditor: Harleysville Insurance Co. | | | | 1,499.20 |
| ACCOUNT NO. **1026882936**<br>**Afni, Inc.**<br>**P.O. Box 3097**<br>**Bloomington, IL  61702** | X | | Open account opened 2010-03-22 | | | | 281.00 |
| ACCOUNT NO. **50768666**<br>**Alliant Law Group P.C.**<br>**2860 Zanker Rd. Suite 105**<br>**San Jose, CA  95134** | X | | corporate liability for original creditor: AT&T account number 7086522855242 | | | | 210.27 |

**15** continuation sheets attached

Subtotal
(Total of this page)  $  **4,814.00**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)  $

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) – Cont.

IN RE **AAA Fence Corporation**
Debtor(s)

Case No. _____
(If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **24566309**<br>**Allied Interstate**<br>**PO Box 361477**<br>**Columbus, OH  43236** | X | | corporate liability for business account | | | | **281.20** |
| ACCOUNT NO. **Ted Van Buren**<br>**Allied National Inc**<br>**Magnificent Mile Center**<br>**980 No. Michigan Ave. Ste 140**<br>**Chicago, IL  60611** | X | | corporate liability for business account (Douglas Industries Inc INV#S 72419 & 72936) | | | | **2,109.12** |
| ACCOUNT NO. **REM Commerc File 779657**<br>**American Financial Management**<br>**3715 Ventura Dr.**<br>**Arlington Heights, IL  60004** | X | | corporate liability for business account | | | | **900.00** |
| ACCOUNT NO. **Dr. Andrysco 776147**<br>**American Financial Management**<br>**3715 Ventura Dr.**<br>**Arlington Heights, IL  60004** | X | | corporate liability for business debt | | | | **8,966.50** |
| ACCOUNT NO. **149872**<br>**Angies List**<br>**1030 E Washington St.**<br>**Indianapolis, IN  46202** | X | | corporate liability for business account | | | | **1,074.00** |
| ACCOUNT NO. **422709731047**<br>**Applied Bank**<br>**601 Delaware Ave**<br>**Wilmington, DE  19801** | X | | Revolving account opened 1996-11-26 | | | | **5,558.00** |
| ACCOUNT NO. **422709748292**<br>**Applied Bank**<br>**601 Delaware Ave**<br>**Wilmington, DE  19801** | X | | Revolving account opened 1998-12-07 | | | | **3,968.00** |

Sheet no. ____**1**____ of ____**15**____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **22,856.82**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $ _____

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) – Cont.

IN RE **AAA Fence Corporation**                                      Case No. _____
                    Debtor(s)                                                    (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **773-342-9800-9572**<br>**AT&T**<br>**PO Box 8100**<br>**Aurora, IL  60507** | X | | corporate liability for business account | | | | 818.27 |
| ACCOUNT NO. **xxx-xx-8700**<br>**ATT**<br>**P.O. Box 8100**<br>**Aurora, IL  60507** | X | | **Phone Bill** | | | | 152.85 |
| ACCOUNT NO. **2855**<br>**ATT**<br>**P.O. Box 6428**<br>**Carol Stream, IL  60197** | X | | corporate liability for business utility bill | | | | 142.47 |
| ACCOUNT NO. **4603**<br>**ATT**<br>**P.O. Box 6428**<br>**Carol Stream, IL  60197** | X | | corporate liability for business utility bill | | | | 112.68 |
| ACCOUNT NO. **Ted Van Buren**<br>**ATT**<br>**P.O. Box 6428**<br>**Carol Stream, IL  60197** | X | | corporate liability for business utility bill | | | | 557.54 |
| ACCOUNT NO. **871016627**<br>**Att Mobility**<br>**P.O. Box 6428**<br>**Carol Stream, IL  60197** | X | | corporate liability for business utility bill | | | | 271.56 |
| ACCOUNT NO. **462720**<br>**Authorize Net**<br>**ATTN: Collections**<br>**Attn: Collections 808 E. Utah Valley Dr.**<br>**America Fork, UT  84003** | X | | corporate liability for business account (authorize net account) | | | | 40.00 |

Sheet no. _____**2** of ____**15** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    $ **2,095.37**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)    $

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) – Cont.

IN RE **AAA Fence Corporation**                                                    Case No. _____
                        Debtor(s)                                                      (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **005201205563**<br>**Bank Of America**<br>**PO Box 25118**<br>**Tampa, FL  33622** | X | | **Liability for corporate account.** | | | | **258.06** |
| ACCOUNT NO. **7310470476**<br>**Bankcard Services Center**<br>**P.O. Box 15809**<br>**Wilmington, DE  19850** | X | | **corporate liability for business account (legal department account referral)** | | | | **1,961.00** |
| ACCOUNT NO. **Ted Van Buren**<br>**BEA 2 B Services Corp**<br>**4923 N Hermitage Ave.**<br>**Chicago, IL  60640** | X | | **corporate liability for business account** | | | | **4,061.66** |
| ACCOUNT NO. **Ted Van Buren/AAA**<br>**Better Business Bureau**<br>**330 North Wabash**<br>**Chicago, IL  60611** | X | | **corporate liability for account with better business bureau** | | | | **425.00** |
| ACCOUNT NO. **411507263808**<br>**Capital One**<br>**P.O. Box 85520**<br>**Richmond, VA  23285** | X | | **Revolving Account opened 2006-03-28** | | | | **2,020.92** |
| ACCOUNT NO. **V0001**<br>**Central Forest Products**<br>**The Law Offices Of Phillip R. Sauer LLC**<br>**3 Golf Center Suite 352**<br>**Hoffman Estates, IL  60169** | X | | **corporate liability for business supplier: Central Forest Products** | | | | **8,019.63** |
| ACCOUNT NO. **Ted Van Buren**<br>**Certainteed Corp P & PG**<br>**1249 Solutions Center**<br>**Chicago, IL  60677** | X | | **corporate liability for business supplier account** | | | | **12,309.32** |

Sheet no. ____**3**____ of ___**15**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    $ **29,055.59**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)    $ _____

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) Cont.

IN RE **AAA Fence Corporation**
_____
Debtor(s)                              Case No. _____
                                                                        (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **Ted Van Buren**<br><br>**Cirilo Gallarzo**<br>**1450 S. 46th St.**<br>**Melrose Park, IL  60160** | X | | corporate liability for business account | | | | 1,739.99 |
| ACCOUNT NO. **xxxx-xx-2735**<br><br>**City Of Chicago**<br>**Department Of Law Attn Nicholas J Lucius**<br>**30 N. Lasalle St. #900**<br>**Chicago, IL  60602** | X | | corporate liability for business account | | | | 940.00 |
| ACCOUNT NO. **xxxx-xx-2735**<br><br>**City Of Chicago**<br>**Judgment Collections**<br>**P.O. Box 88292**<br>**Chicago, IL  60680** | X | | corporate liability for business account | | | | 2,232.00 |
| ACCOUNT NO. **923**<br><br>**Cleaning Services**<br>**5250 Irene Way**<br>**Livermore, CA  94550** | X | | corporate liability for business account | | | | 200.00 |
| ACCOUNT NO. **01-02000-8798201400201300**<br><br>**Comcast**<br>**P.O. Box 3002**<br>**Southeastern, PA  19398** | X | | corporate liability for business comcast bill | | | | 799.93 |
| ACCOUNT NO. **8798300046201714**<br><br>**Comcast**<br>**P.O. Box 3002**<br>**Southeastern, PA  19398** | X | | corporate liability for business comcast account | | | | 343.20 |
| ACCOUNT NO. **6058248058**<br><br>**ComEd**<br>**Claims Dept. 4th Floor**<br>**Three Lincoln Centre**<br>**Oakbrook Terrace, IL  60181** | X | | corporate liability for past due ComEd account | | | | 1,897.24 |

Sheet no. _____**4**___ of ___**15**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    $  **8,152.36**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)    $

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) – Cont.

IN RE **AAA Fence Corporation**

Debtor(s)                                                    Case No. _____

(If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **Ted Van Buren**<br>**Constantino Rodriguez, Sub**<br>**3732 S. 59th Court**<br>**Cicero, IL  60804** | X | | corporate liability for business account | | | | 1,013.19 |
| ACCOUNT NO. 1572305090<br>**Credit Protection Association**<br>**13355 Noel Rd. Ste 2100**<br>**Dallas, TX  75240** | | | Open account opened 2010-01-11 | | | | 799.00 |
| ACCOUNT NO. **Ted Van Buren**<br>**Cronin & Associates LTD**<br>**1601 Colonial Pkwy**<br>**Palatine, IL  60067** | X | | corporate liability for business account | | | | 3,323.00 |
| ACCOUNT NO. **Ted Van Buren**<br>**CSC Alarms**<br>**P.O. Box 436**<br>**Midlothian, IL  60445** | X | | corporate liability for supplier account | | | | 450.00 |
| ACCOUNT NO. **Ted Van Buren**<br>**Dawn Wyman**<br>**1428 Glenlake**<br>**Chicago, IL  60660** | | | Refund owed for deposit on fencing contract | | | | 2,200.00 |
| ACCOUNT NO. **Ted Van Buren**<br>**Dell Business Credit**<br>**Payment Processing Center**<br>**P.O. Box 5292**<br>**Carol Stream, IL  60197** | X | | corporate liability for Dell Preferred Account payment processing center | | | | 175.00 |
| ACCOUNT NO. **Ted Van Buren**<br>**Dell Business Credit-Software**<br>**P.O. Box 5275**<br>**Carol Stream, IL  60197** | X | | corporate liability for business account with Dell | | | | 1,205.76 |

Sheet no. ____**5**____ of ____**15**____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    $  **9,165.95**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)    $

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) – Cont.

IN RE **AAA Fence Corporation**                                          Case No. _____
_____
               Debtor(s)                                                                    (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **Ted Van Buren**<br><br>**Dell Financial Services Lease Account**<br>**P.O. Box 5275**<br>**Carol Stream, IL  60197** | X | | corporate liability for business account | | | | 3,152.08 |
| ACCOUNT NO. **Ted Van Buren**<br><br>**Dex**<br>**ATT Real Yellow Pages**<br>**8519 Innovation Way**<br>**Chicago, IL  60682** | X | | corporate liability for business account | | | | 2,990.92 |
| ACCOUNT NO. **600543089**<br><br>**DEX**<br>**AT&T Real Yellow Pages**<br>**PO Box 660835**<br>**Dallas, TX  75266** | X | | corporate liability for past due business account | | | | 5,976.13 |
| ACCOUNT NO. **24566309**<br><br>**Direct TV, INC**<br>**Collections Dept.**<br>**P.O. Box 6550**<br>**Greenwood Village, CO  80155** | X | | corporate liability for DirectTV Cable account | | | | 154.44 |
| ACCOUNT NO. **Ted Van Buren**<br><br>**Fifth 3rd Bank**<br>**P.O. Box 829009**<br>**Dallas, TX  75382** | X | | corporate liability for business account | | | | 472.59 |
| ACCOUNT NO. **2614800**<br><br>**Figatner-Scott Co.**<br>**6217 W. Cermak Rd.**<br>**Berwyn, IL  60402** | X | | corporate liability for business account | | | | 834.52 |
| ACCOUNT NO. **3564600-122289**<br><br>**First National Merchant Solutions**<br>**P.O. Box 2196**<br>**Omaha, NE  68103** | X | | corporate liability for First National Merchant Solutions Business account | | | | 1,925.49 |

Sheet no. _____**6**__ of ___**15**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **15,506.17**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)  $

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **AAA Fence Corporation**

Debtor(s)                                    Case No. _____

                                                                    (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **9498215**<br><br>**First National Merchant Solutions**<br>P.O. Box 2196<br>Omaha, NE  68103 | X | | corporate liability for business account debtor #363790-122289 | | | | 810.00 |
| ACCOUNT NO. **9498215**<br><br>**First National Merchant Solutions**<br>P.O. Box 2196<br>Omaha, NE  68103 | X | | corporate liability for business account debtor #361768-122289 | | | | 619.00 |
| ACCOUNT NO. **9498215**<br><br>**First National Merchant Solutions**<br>P.O. Box 2196<br>Omaha, NE  68103 | X | | corporate liability for business account #359176-122289 | | | | 2,005.00 |
| ACCOUNT NO. **Ted Van Buren**<br><br>**Frank F. Kucera Co.**<br>1800 S. Laramie<br>Cicero, IL  60804 | X | | corporate liability for business supplier account | | | | 1,181.50 |
| ACCOUNT NO. **AAA**<br><br>**Gorilla Powdercoating Inc.**<br>4711 W 137th St.<br>Crestwood, IL  60445 | X | | corporate liability for business supplier account | | | | 2,170.39 |
| ACCOUNT NO. **Ted Van Buren**<br><br>**Home Depot**<br>P.O. Box 689100<br>Des Moines, IL  50368 | X | | **Corporate liability for business account** | | | | 760.30 |
| ACCOUNT NO. **5176-6900-2295-7224**<br><br>**HSBC Card Services**<br>P.O. Box 17051<br>Baltimore, MD  17051 | X | | corporate liability for HSBC MasterCard business account | | | | 2,196.51 |

Sheet no. ____**7**____ of ____**15**____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **9,742.70**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) Cont.

IN RE **AAA Fence Corporation**                                    Case No. _____
_____
Debtor(s)                                                              (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **300856920**<br>**Indiana Insurance Company**<br>**Carlson Mikuzis & Taylor Inc**<br>**2221 Lakeside Dr.**<br>**Bannockburn, IL  60015** | X | | **corporate liability for business account balance on canceled insurance policy** | | | | 2,501.00 |
| ACCOUNT NO. **35499**<br>**Iron World Mfg**<br>**9390 Davis Ave**<br>**Laurel, MD  20723** | | | **Corporate liability for business account** | | | | 2,924.00 |
| ACCOUNT NO. **143828s**<br>**J&B Welding Supply**<br>**5305 W. Ogden Ave.**<br>**Cicero, IL  60804** | X | | **corporate liability for business supplier** | | | | 27.26 |
| ACCOUNT NO. **8737**<br>**J.E.J Services Inc**<br>**1183 Beechtree Ln**<br>**Bartlett, IL  60103** | | | **Corporate liability for business account** | | | | 4,175.00 |
| ACCOUNT NO. **Ted Van Buren**<br>**Karrin J. Burns**<br>**1125 N Lombard Ave.**<br>**Oak Park, IL  60302** | X | | **Monies owed for customer complaint** | | | | 2,500.00 |
| ACCOUNT NO. **Ted Van Buren**<br>**Kucera Disposal**<br>**1800 S. Laramie Ave.**<br>**Cicero, IL  60804** | X | | **corporate liability for business account** | | | | 437.00 |
| ACCOUNT NO. **Ted Van Buren**<br>**Liberty Group Publishing**<br>**Michael D. Weis**<br>**P.O. Box 1166**<br>**Northbrook, IL  60065** | X | | **corporate liability for business account** | | | | 5,046.27 |

Sheet no. ____**8**____ of ____**15**____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)   $   **17,610.53**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)   $

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) (Cont.)

IN RE **AAA Fence Corporation**
_____
Debtor(s)

Case No. _____
(If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **Ted Van Buren**<br>**Linda Flores**<br>**1040 Portwire**<br>**Riverwoods, IL  60015** | X | | **Refund owed for deposit on fencing contract** | | | | 3,575.00 |
| ACCOUNT NO. **600543089**<br>**Liquidebt Systems**<br>**29W170 Butterfield Rd. Suite 102**<br>**Warrenville, IL  60555** | X | | **corporate liability for business account (client ref#: 600543089)** | | | | 8,754.54 |
| ACCOUNT NO. **Ted Van Buren**<br>**Master Halco**<br>**1261 Atlantic Dr.**<br>**West Chicago, IL  60185** | X | | **corporate liability for business account** | | | | 9,305.12 |
| ACCOUNT NO. **8531409941**<br>**Midland Credit Mgmt (Original Creditor)**<br>**8875 Aero Dr.**<br>**San Diego, CA  92123** | | | **corporate account opened 2009-07-22** | | | | 2,510.00 |
| ACCOUNT NO. **Ted Van Buren**<br>**Mike Rydelnik**<br>**6700 N Fairfield**<br>**Chicago, IL  60645** | | | **Refund owed for deposit on fencing contract** | | | | 1,250.00 |
| ACCOUNT NO. **Ted Van Buren**<br>**National Check Trust Inc.**<br>**2811 Corporate Way**<br>**Miramar, FL  33025** | X | | **corporate liability for business account** | | | | 25.00 |
| ACCOUNT NO. **Ted Van Buren**<br>**National Processing Center**<br>**Accounts Payable**<br>**808 E. Utah Valley Dr.**<br>**American Fork, UT  84003** | X | | **corporate liability for business account** | | | | 25.00 |

Sheet no. _____**9**__ of ___**15**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ 25,444.66

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) – Cont.

IN RE **AAA Fence Corporation**                                     Case No. _____
_____                                                   (If known)
Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **10424240** <br> **National Recovery Agen (Orig. Creditor)** <br> **2491 Paxton St.** <br> **Harrisburg, PA  17111** | X | | corporate liability for business account (Open account opened 2009-02-25) | | | | 32.00 |
| ACCOUNT NO. **Ted Van Buren** <br> **Nicor Gas** <br> **P.O. Box 416** <br> **Aurora, IL  60568** | X | | corporate liability for business account | | | | 360.00 |
| ACCOUNT NO. **0350023735** <br> **North Shore Community Bank & Trust** <br> **1145 Wilmette Avenue** <br> **Wilmette, IL  60091** | | | Corporate liability for past due business acount | | | | 287.20 |
| ACCOUNT NO. **F336336290** <br> **Northland Group INC** <br> **P.O. Box 390846** <br> **Minneapolis, MN  55439** | | | corporate liability for business account (original creditor: Capital One) | | | | 4,272.66 |
| ACCOUNT NO. **7500050243692** <br> **Peoples Gas** <br> **130 E. Randolph** <br> **Chicago, IL  60601** | X | | corporate liability for utility bill | | | | 1,203.96 |
| ACCOUNT NO. **Ted Van Buren** <br> **Pro Welding** <br> **5428 S. Keeler Ave.** <br> **Chicago, IL  60632** | X | | corporate liability for business account | | | | 60.00 |
| ACCOUNT NO. **AAA Fence Corp** <br> **Querrey Harrow** <br> **175 W Jackson Blvd Suite 1600** <br> **Chicago, IL  60604** | | | Corporate liability for breach of contract | | | | 1,770.00 |

Sheet no. ___**10**___ of ___**15**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **7,985.82**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **AAA Fence Corporation**
_____
Debtor(s)

Case No. _____
(If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **Ted Van Buren**<br><br>**Reachlocal<br>Randall Industries<br>741 S. Rte 83<br>Elmhurst, IL  60126** | X | | corporate liability for business account | | | | 575.00 |
| ACCOUNT NO. **324311404124652**<br><br>**ReachLocal Inc<br>Attn: Gerry Casey<br>230 W. Monroe Suite 700<br>Chicago, IL** | X | | corporate  liability for business account Campaign Media | | | | 7,500.00 |
| ACCOUNT NO. **001000000034814**<br><br>**Reed Construction Data<br>PO Box 2241<br>Carol Stream, IL  60132** | X | | corporate liabilty for business account | | | | 2,400.00 |
| ACCOUNT NO. **8681492**<br><br>**Retriever<br>7851 W 185th St Siute 200<br>Tinley Park, IL  60477** | | | collection for past due accounts. Corporate liability | | | | 61.89 |
| ACCOUNT NO. **8681492**<br><br>**Retriever Payment Systems<br>20405 State Hwy 249 Ste<br>Houston, TX  77070** | X | | corporate Liability for business supplier | | | | 36.89 |
| ACCOUNT NO. **Illinois Iron Works**<br><br>**Ridge Fence Supply<br>PO Box 172<br>Chicago Ridge, IL  60415** | | | corporate liability for past due business account | | | | 12,500.00 |
| ACCOUNT NO. **Ted Van Buren**<br><br>**Safeco Insurance Co<br>PO Box 66768<br>Saint Louis, MO  63166** | | | corporate liability for business insurance co. | | | | 575.00 |

Sheet no. ____**11**____ of ____**15**____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **23,648.78**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)  $

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) Cont.

**IN RE** AAA Fence Corporation

Debtor(s)                                              Case No. _____
                                                              (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **Ted Van Buren**<br><br>Sandra Aspera<br>6345 S Karlov<br>Chicago, IL 60629 | | | Refund owed for deposit on fencing contract<br>Currently breach of contract suite in process<br>Sandra Aspera vs. Theodore H Van Buren | | | | 1,000.00 |
| ACCOUNT NO. **910128792**<br><br>Sentry Credit<br>2809 Grand Ave<br>Everett, WA 98201 | | | corporate liability for business account. Original creditor: Wells Fargo Auto Finance | | | | 3,708.42 |
| ACCOUNT NO. **Ted Van Buren**<br><br>SKB Investments, INC<br>164 S. Ellyn Ave<br>Glen Ellyn, IL 60137 | | | corporate liability for overdue rent | | | | 16,548.00 |
| ACCOUNT NO. **Ted Van Buren**<br><br>Society Insurance<br>150 Camelot Dr. P.O. Box 1029<br>Fond Du Lac, WI 54936 | X | | corporate liability for business account | | | | 1,273.42 |
| ACCOUNT NO. **AAA Fence Corp**<br><br>Sprint<br>P.O. Box 8077<br>Landon, KY 40742 | X | | corporate liability for spring account | | | | 2,742.90 |
| ACCOUNT NO. **Ted Van Buren**<br><br>Stephens Pipe & Steel LLC<br>P.O. Box 618<br>Russel Springs, KY 42642 | X | | corporate liability for business account | | | | 15,259.16 |
| ACCOUNT NO. **AD022**<br><br>Tasler Forest Products<br>P.O. Box 18130<br>Phoenix, AZ 85005 | X | | corporate liability for business supplier account | | | | 7,997.00 |

Sheet no. _____ **12** of _____ **15** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                            $ 48,528.90

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)        $

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **AAA Fence Corporation**
_____
Debtor(s)

Case No. _____
(If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **Ted Van Buren**<br><br>**Teller & Levit Silvertrust P.C.**<br>**11 East Adams St.**<br>**Chicago, IL  60603** | X | | **corporate liability for business account** | | | | **unknown** |
| ACCOUNT NO. **Ted Vah Buren**<br><br>**The Blue Book**<br>**Coface Collections North America Inc.**<br>**P.O. Box 8510**<br>**Metairie, LA  70011** | X | | **corporate liability for business account** | | | | **2,639.73** |
| ACCOUNT NO. **Ted Van Buren**<br><br>**Thrift N Swift Inc.**<br>**9651 Franklin Ave**<br>**Franklin Park, IL  60131** | X | | **corporate liability for business account** | | | | **488.49** |
| ACCOUNT NO. **Ted Van Buren**<br><br>**Tim Sirmer**<br>**Lieberman Mgmt Services Inc**<br>**355 W Dundee Rd Suite 110**<br>**Buffalo Grove, IL  60089** | | | **Refund owed for deposit on fencing contract** | | | | **700.00** |
| ACCOUNT NO. **Ted Van Buren**<br><br>**Total Fasteners Inc.**<br>**500 N Manheim Rd. Unit 4W**<br>**Hillside, IL  60162** | | | **corporate liability for business account** | | | | **78.89** |
| ACCOUNT NO. **Ted Van Buren**<br><br>**Town Of Cicero**<br>**4949 W. Cermak Rd.**<br>**Cicero, IL  60804** | X | | **Account with town of Cicero** | | | | **150.00** |
| ACCOUNT NO. **3631N71ABA**<br><br>**Travelers**<br>**CL Remittance Center**<br>**Hartford, CT  06183** | X | | **corporate liability of business account** | | | | **1,289.00** |

Sheet no. ____**13**____ of ____**15**____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) | $ | **5,346.11**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) | $

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) Cont.

IN RE **AAA Fence Corporation**
_____
Debtor(s)

Case No. _____
(If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **3258N96A680** <br><br> **Travelers** <br> **CL Remittance Center** <br> **Hartford, CT  06183** | X | | **corporate liability for business account** | | | | 1,219.00 |
| ACCOUNT NO. **3631N71ABA** <br><br> **Travelers Indemnity Company** <br> **CL Remittance Center** <br> **Hartford, CT  06183** | X | | **corporate liability for business account with Travelers Indemnity Company** | | | | 34,566.99 |
| ACCOUNT NO. **Ted Van Buren** <br><br> **Ts Distributors Inc.** <br> **Remittance** <br> **P.O. Box 431133** <br> **Houston, TX  77243** | | | **corporate liability for TS Distributors business account** | | | | 15,212.37 |
| ACCOUNT NO. **AAA0323** <br><br> **Ultra Aluminum Manufacturing Inc.** <br> **2124 Grand Commerce Dr.** <br> **Howell, MI  48855** | X | | **corporate liability for business supplier** | | | | 5,533.02 |
| ACCOUNT NO. **772998575** <br><br> **UPS Freight** <br> **28013 Network Place** <br> **Chicago, IL  60673** | X | | **corporate liability for business account** | | | | 69.00 |
| ACCOUNT NO. **009191871-01-8112** <br><br> **Valentine & Kebartas Inc.** <br> **P.O. Box 325** <br> **Lawrence, MA  01842** | X | | **corporate liability for business account Original Creditor: Dell Financial Services LLC** | | | | 19,458.60 |
| ACCOUNT NO. **Ted Van Buren** <br><br> **Valley Plaza** <br> **4411 Valley Plaza Ave.** <br> **Pleasanton, CA  94566** | | | **over due rent/utilities/painting** | | | | 5,069.47 |

Sheet no. ___**14**___ of ___**15**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)  $ 81,128.45

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)  $

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) – Cont.

IN RE **AAA Fence Corporation**
_____
Debtor(s)

Case No. _____
(If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **2AAApatch**<br><br>**Vinyl Works Fencing<br>8550 Ridgefield Rd.<br>Crystal Lake, IL 60012** | X | | **personal liability for business account** | | | | 4,056.21 |
| ACCOUNT NO. **50237301295499001**<br><br>**Wells Fargo Auto Finance<br>P.O. Box 60510<br>Los Angeles, CA 90060** | X | | **corporate liability for business account** | | | | 3,510.20 |
| ACCOUNT NO. **2AAApatch0001**<br><br>**Woolf<br>8550 Ridgefield Rd.<br>Crystal Lake, IL 60012** | X | | **corporate liability for business supplier** | | | | 3,600.86 |
| ACCOUNT NO. **Ted Van Buren**<br><br>**XL Industrail Service Co<br>P.O. Box 32107<br>Chicago, IL 60632** | X | | **corporate liability for business account** | | | | 100.00 |
| ACCOUNT NO. **6066406**<br><br>**Yellow Book Sales & Dist Account<br>Weltman, Weinber & Reis Co.<br>P.O. Box 5402<br>Cleveland, OH 44101** | X | | **Yellow Book advertising** | | | | 53,206.67 |
| ACCOUNT NO. **WA0MN31**<br><br>**Yellow Book USA<br>2201 Renaissance BLVD<br>King Of Prussia, PA 19406** | X | | **corporate liability for seperate Yellow Book business account** | | | | 803.82 |
| ACCOUNT NO. **AOMN31**<br><br>**Yellow Book West<br>P.O. Box 660052<br>Dallas, TX 75266** | X | | **corporate liability for past due Yellow Book account** | | | | 2,827.76 |

Sheet no. ____**15**____ of ____**15**____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **68,105.52**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $ **379,187.73**

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**B6G (Official Form 6G) (12/07)**

**IN RE** AAA Fence Corporation _____    Case No. _____
                  Debtor(s)                                                        (If known)

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

    Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☑ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE OF OTHER PARTIES TO LEASE OR CONTRACT | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| | |

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6H (Official Form 6H) (12/07)

IN RE **AAA Fence Corporation**
_____
Debtor(s)

Case No. _____
(If known)

# SCHEDULE H - CODEBTORS

    Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight-year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Theodore H. Van Buren**<br>**8699 Circle Dr. Rear**<br>**Brookfield, IL  60513** | **A.G. Adjustments Ltd**<br>**740 Walt Whitman Rd. P.O. Box 9090**<br>**Melville, NY  11747**<br><br>**Access Receivables Management**<br>**P.O. Box 9801**<br>**Townson, MD  21284**<br><br>**Afni, Inc.**<br>**P.O. Box 3097**<br>**Bloomington, IL  61702**<br><br>**Alliant Law Group P.C.**<br>**2860 Zanker Rd. Suite 105**<br>**San Jose, CA  95134**<br><br>**Allied National Inc**<br>**Magnificent Mile Center**<br>**980 No. Michigan Ave. Ste 140**<br>**Chicago, IL  60611**<br><br>**American Financial Management**<br>**3715 Ventura Dr.**<br>**Arlington Heights, IL  60004**<br><br>**American Financial Management**<br>**3715 Ventura Dr.**<br>**Arlington Heights, IL  60004**<br><br>**Angies List**<br>**1030 E Washington St.**<br>**Indianapolis, IN  46202**<br><br>**Applied Bank**<br>**601 Delaware Ave**<br>**Wilmington, DE  19801**<br><br>**Applied Bank**<br>**601 Delaware Ave**<br>**Wilmington, DE  19801**<br><br>**ATT**<br>**P.O. Box 8100**<br>**Aurora, IL  60507**<br><br>**ATT**<br>**P.O. Box 6428**<br>**Carol Stream, IL  60197**<br><br>**ATT**<br>**P.O. Box 6428** |

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE AAA Fence Corporation _____    Case No. _____

Debtor(s)                                                    (If known)

## SCHEDULE H - CODEBTORS
### (Continuation Sheet)

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
|  | Carol Stream, IL  60197 |
|  | ATT<br>P.O. Box 6428<br>Carol Stream, IL  60197 |
|  | Att Mobility<br>P.O. Box 6428<br>Carol Stream, IL  60197 |
|  | Authorize Net<br>ATTN: Collections<br>Attn: Collections 808 E. Utah Valley Dr.<br>America Fork, UT  84003 |
|  | Bankcard Services Center<br>P.O. Box 15809<br>Wilmington, DE  19850 |
|  | BEA 2 B Services Corp<br>4923 N Hermitage Ave.<br>Chicago, IL  60640 |
|  | Better Business Bureau<br>330 North Wabash<br>Chicago, IL  60611 |
|  | Capital One<br>P.O. Box 85520<br>Richmond, VA  23285 |
|  | Central Forest Products<br>The Law Offices Of Phillip R. Sauer LLC<br>3 Golf Center Suite 352<br>Hoffman Estates, IL  60169 |
|  | Certainteed Corp P & PG<br>1249 Solutions Center<br>Chicago, IL  60677 |
|  | Cirilo Gallarzo<br>1450 S. 46th St.<br>Melrose Park, IL  60160 |
|  | City Of Chicago<br>Department Of Law Attn Nicholas J Lucius<br>30 N. Lasalle St. #900<br>Chicago, IL  60602 |
|  | City Of Chicago<br>Judgment Collections<br>P.O. Box 88292<br>Chicago, IL  60680 |
|  | Cleaning Services<br>5250 Irene Way<br>Livermore, CA  94550 |
|  | Comcast |

B6H (Official Form 6H) (12/07) - Cont.

IN RE  **AAA Fence Corporation**
_____    Case No. _____
Debtor(s)                                    (If known)

## SCHEDULE H - CODEBTORS
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| | P.O. Box 3002<br>Southeastern, PA  19398<br><br>Comcast<br>P.O. Box 3002<br>Southeastern, PA  19398<br><br>ComEd<br>Claims Dept. 4th Floor<br>Three Lincoln Centre<br>Oakbrook Terrace, IL  60181<br><br>Constantino Rodriguez, Sub<br>3732 S. 59th Court<br>Cicero, IL  60804<br><br>Cronin & Associates LTD<br>1601 Colonial Pwky<br>Palatine, IL  60067<br><br>CSC Alarms<br>P.O. Box 436<br>Midlothian, IL  60445<br><br>Dell Business Credit<br>Payment Processing Center<br>P.O. Box 5292<br>Carol Stream, IL  60197<br><br>Dell Business Credit-Software<br>P.O. Box 5275<br>Carol Stream, IL  60197<br><br>Dell Financial Services Lease Account<br>P.O. Box 5275<br>Carol Stream, IL  60197<br><br>Department Of The Treasury<br>Financial Management Service<br>P.O. Box 1686<br>Birmingham, AL  35201<br><br>Dex<br>ATT Real Yellow Pages<br>8519 Innovation Way<br>Chicago, IL  60682<br><br>Direct TV, INC<br>Collections Dept.<br>P.O. Box 6550<br>Greenwood Village, CO  80155<br><br>Fifth 3rd Bank<br>P.O. Box 829009<br>Dallas, TX  75382<br><br>Figatner-Scott Co.<br>6217 W. Cermak Rd.<br>Berwyn, IL  60402 |

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6H (Official Form 6H) (12/07) - Cont.

**IN RE** AAA Fence Corporation                                                    Case No. _____
_____                                                    _____
Debtor(s)                                                                            (If known)

## SCHEDULE H - CODEBTORS
### (Continuation Sheet)

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| | First National Merchant Solutions<br>P.O. Box 2196<br>Omaha, NE  68103 |
| | First National Merchant Solutions<br>P.O. Box 2196<br>Omaha, NE  68103 |
| | First National Merchant Solutions<br>P.O. Box 2196<br>Omaha, NE  68103 |
| | First National Merchant Solutions<br>P.O. Box 2196<br>Omaha, NE  68103 |
| | Frank F. Kucera Co.<br>1800 S. Laramie<br>Cicero, IL  60804 |
| | Gorilla Powdercoating Inc.<br>4711 W 137th St.<br>Crestwood, IL  60445 |
| | Harvard Collection Services, INC<br>4839 N. Elston Ave.<br>Chicago, IL  60630 |
| | Home Depot<br>P.O. Box 689100<br>Des Moines, IL  50368 |
| | HSBC Card Services<br>P.O. Box 17051<br>Baltimore, MD  17051 |
| | Indiana Insurance Company<br>Carlson Mikuzis & Taylor Inc<br>2221 Lakeside Dr.<br>Bannockburn, IL  60015 |
| | J&B Welding Supply<br>5305 W. Ogden Ave.<br>Cicero, IL  60804 |
| | Karrin J. Burns<br>1125 N Lombard Ave.<br>Oak Park, IL  60302 |
| | Kucera Disposal<br>1800 S. Laramie Ave.<br>Cicero, IL  60804 |
| | Liberty Group Publishing<br>Michael D. Weis<br>P.O. Box 1166<br>Northbrook, IL  60065 |

B6H (Official Form 6H) (12/07) -- Cont.

**IN RE** AAA Fence Corporation _____    Case No. _____
                    Debtor(s)                                    (If known)

## SCHEDULE H - CODEBTORS
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| | Liquidebt Systems<br>29W170 Butterfield Rd. Suite 102<br>Warrenville, IL  60555<br><br>Master Halco<br>1261 Atlantic Dr.<br>West Chicago, IL  60185<br><br>National Check Trust Inc.<br>2811 Corporate Way<br>Miramar, FL  33025<br><br>National Processing Center<br>Accounts Payable<br>808 E. Utah Valley Dr.<br>American Fork, UT  84003<br><br>National Recovery Agen (Orig. Creditor)<br>2491 Paxton St.<br>Harrisburg, PA  17111<br><br>Nicor Gas<br>P.O. Box 416<br>Aurora, IL  60568<br><br>Peoples Gas<br>130 E. Randolph<br>Chicago, IL  60601<br><br>Pro Welding<br>5428 S. Keeler Ave.<br>Chicago, IL  60632<br><br>Reachlocal<br>Randall Industries<br>741 S. Rte 83<br>Elmhurst, IL  60126<br><br>ReachLocal Inc<br>Attn: Gerry Casey<br>230 W. Monroe Suite 700<br>Chicago, IL<br><br>Retriever Payment Systems<br>20405 State Hwy 249 Ste<br>Houston, TX  77070<br><br>Society Insurance<br>150 Camelot Dr. P.O. Box 1029<br>Fond Du Lac, WI  54936<br><br>Sprint<br>P.O. Box 8077<br>Landon, KY  40742<br><br>Stephens Pipe & Steel LLC<br>P.O. Box 618<br>Russel Springs, KY  42642 |

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6H (Official Form 6H) (12/07) - Cont.

IN RE **AAA Fence Corporation**
_____
Debtor(s)

Case No. _____
(If known)

## SCHEDULE H - CODEBTORS
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| | **Tasler Forest Products**<br>P.O. Box 18130<br>Phoenix, AZ 85005 |
| | **Teller & Levit Silvertrust P.C.**<br>11 East Adams St.<br>Chicago, IL 60603 |
| | **The Blue Book**<br>Coface Collections North America Inc.<br>P.O. Box 8510<br>Metairie, LA 70011 |
| | **Thrift N Swift Inc.**<br>9651 Franklin Ave<br>Franklin Park, IL 60131 |
| | **Town Of Cicero**<br>4949 W. Cermak Rd.<br>Cicero, IL 60804 |
| | **Travelers**<br>CL Remittance Center<br>Hartford, CT 06183 |
| | **Travelers**<br>CL Remittance Center<br>Hartford, CT 06183 |
| | **Travelers Indemnity Company**<br>CL Remittance Center<br>Hartford, CT 06183 |
| | **Ultra Aluminum Manufacturing Inc.**<br>2124 Grand Commerce Dr.<br>Howell, MI 48855 |
| | **UPS Freight**<br>28013 Network Place<br>Chicago, IL 60673 |
| | **Valentine & Kebartas Inc.**<br>P.O. Box 325<br>Lawrence, MA 01842 |
| | **Vinyl Works Fencing**<br>8550 Ridgefield Rd.<br>Crystal Lake, IL 60012 |
| | **Wells Fargo Auto Finance**<br>P.O. Box 60510<br>Los Angeles, CA 90060 |
| | **Woolf**<br>8550 Ridgefield Rd.<br>Crystal Lake, IL 60012 |
| | **XL Industrail Service Co**<br>P.O. Box 32107 |

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6H (Official Form 6H) (12/07) - Cont.

**IN RE** AAA Fence Corporation
                    Debtor(s)                                              Case No. _____
                                                                                    (If known)

## SCHEDULE H - CODEBTORS
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Van Buren/Rodriguez Fence And Rail<br>444 West Haddon<br>Chicago, IL  60651 | Chicago, IL  60632<br><br>Yellow Book Sales & Dist Account<br>Weltman, Weinber & Reis Co.<br>P.O. Box 5402<br>Cleveland, OH  44101<br><br>Yellow Book USA<br>2201 Renaissance BLVD<br>King Of Prussia, PA  19406<br><br>Yellow Book West<br>P.O. Box 660052<br>Dallas, TX  75266<br><br>Linda Flores<br>1040 Portwire<br>Riverwoods, IL  60015<br><br>Bank Of America<br>PO Box 25118<br>Tampa, FL  33622<br><br>Allied Interstate<br>PO Box 361477<br>Columbus, OH  43236<br><br>Reed Construction Data<br>PO Box 2241<br>Carol Stream, IL  60132<br><br>A.G. Adjustments Ltd<br>740 Walt Whitman Rd. P.O. Box 9090<br>Melville, NY  11747<br><br>Capital One<br>P.O. Box 85520<br>Richmond, VA  23285<br><br>Central Forest Products<br>The Law Offices Of Phillip R. Sauer LLC<br>3 Golf Center Suite 352<br>Hoffman Estates, IL  60169<br><br>First National Merchant Solutions<br>P.O. Box 2196<br>Omaha, NE  68103<br><br>First National Merchant Solutions<br>P.O. Box 2196<br>Omaha, NE  68103<br><br>First National Merchant Solutions<br>P.O. Box 2196<br>Omaha, NE  68103<br><br>First National Merchant Solutions<br>P.O. Box 2196<br>Omaha, NE  68103 |

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6H (Official Form 6H) (12/07) - Cont.

IN RE **AAA Fence Corporation**
_____
Debtor(s)                (If known)

Case No. _____

## SCHEDULE H - CODEBTORS
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| | **Liquidebt Systems**<br>**29W170 Butterfield Rd. Suite 102**<br>**Warrenville, IL  60555**<br><br>**Reachlocal**<br>**Randall Industries**<br>**741 S. Rte 83**<br>**Elmhurst, IL  60126**<br><br>**ReachLocal Inc**<br>**Attn: Gerry Casey**<br>**230 W. Monroe Suite 700**<br>**Chicago, IL**<br><br>**Retriever Payment Systems**<br>**20405 State Hwy 249 Ste**<br>**Houston, TX  77070**<br><br>**Tasler Forest Products**<br>**P.O. Box 18130**<br>**Phoenix, AZ  85005**<br><br>**Valentine & Kebartas Inc.**<br>**P.O. Box 325**<br>**Lawrence, MA  01842**<br><br>**DEX**<br>**AT&T Real Yellow Pages**<br>**PO Box 660835**<br>**Dallas, TX  75266**<br><br>**AT&T**<br>**PO Box 8100**<br>**Aurora, IL  60507** |

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6 Declaration (Official Form 6 - Declaration) (12/07)

IN RE **AAA Fence Corporation**                                                                                   Case No. _____
_____
                    Debtor(s)                                                                                              (If known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date: _____    Signature: _____
                                                                                                                                        Debtor

Date: _____    Signature: _____
                                                                                                                (Joint Debtor, if any)
                                                                                          [If joint case, both spouses must sign.]

### DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342 (b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

_____        _____
Printed or Typed Name and Title, if any, of Bankruptcy Petition Preparer        Social Security No. (Required by 11 U.S.C. § 110.)

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs the document.*

_____

_____
Address

_____        _____
Signature of Bankruptcy Petition Preparer                                                    Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

*If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.*

*A bankruptcy petition preparer's failure to comply with the provision of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Owner**_____ (the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership) of the **AAA Fence Corporation**_____ (corporation or partnership) named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____**34** sheets (*total shown on summary page plus 1*), and that they are true and correct to the best of my knowledge, information, and belief.

Date: **August 30, 2010**_____    Signature: ***/s/ Theodore Van Buren***_____

                                                            **Theodore Van Buren**_____
                                                                          (Print or type name of individual signing on behalf of debtor)

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B7 (Official Form 7) (04/10)

**United States Bankruptcy Court**
**Northern District of Illinois**

IN RE:                                                                                    Case No. _____

**AAA Fence Corporation**                                                    Chapter **7**
                                    Debtor(s)

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

**1. Income from employment or operation of business**

None ☐ State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT    SOURCE
0.00    2010 YTD no income, company is no longer operational, since February 8, 2010
           2009 Net total income $50,007
           2008 total deposits $42,687

---

**2. Income other than from employment or operation of business**

None ☑ State the amount of income received by the debtor other than from employment, trade, profession, operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

**3. Payments to creditors**
*Complete a. or b., as appropriate, and c.*

None ☑ *a. Individual or joint debtor(s) with primarily consumer debts:* List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

None ☑ *b. Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,850.* If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

*    * Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

None ☑ *c. All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**4. Suits and administrative proceedings, executions, garnishments and attachments**

None ☐ a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Matteson Investment Corporation Vs. Ted Van Buren (Sept 18 2007)** | **Collection** | **Livermore-Pleasanton Judicial District** | **Unknown** |
| **Liberty Group Suburban Newspapers, Inc a De Corp t/a Liberty Group Publishing v. AAA Fence Corp No.08MI-175869** | collection | **Circuit Court of Cook County** | **Pending** |
| **R.H. Donnelley Publishing & Advertising of Illinois Partnership v. AAA Fence Corp No. 09 L 6127** | **Collection** | **Circuit Court of Cook County** | **Unknown** |
| **The Travelers Indemnity Company Vs. AAA Fence Corp. No. 08MI-132719** | **Collection** | **Circuit Court of Cook County** | **Unknown** |
| **Master-Halco Inco Corp Vs. AAA Fence Corp and Theodore Van Buren and Antonio Lopez 09 MI 200023** | **Collection** | **Circuit Court of Cook County** | **Pending** |
| **Karin Joel Burns v. AAA Fence Corp & Theodore H Van Buren No. 09M1166673** | **Collection** | **Circuit Court of Cook County** | **Pending** |
| **Yellow Book Sales & Distribution Company Vs. AAA and Ted Van Buren N08-L-007158** | **Collection** | **Circuit Court of Cook County** | **Unknown** |
| **Sandra Aspera v. Theodore H Van Buren** | **Breach of Contract** | **Circuit Court of Cook County** | **Unknown** |

None ☑ b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**5. Repossessions, foreclosures and returns**

None ☑ List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**6. Assignments and receiverships**

None ☑ a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and joint petition is not filed.)

None ☑ b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**7. Gifts**

None ☑ List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**8. Losses**

None ☑ List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**9. Payments related to debt counseling or bankruptcy**

None ☐ List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under bankruptcy law or preparation of a petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Jeffrey Collins, Attorney**<br>**71 Scully Dr.**<br>**Schaumburg, IL  60193** | | **2,500.00** |

**10. Other transfers**

None ☑ a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None ☑ b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

**11. Closed financial accounts**

None ☑ List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**12. Safe deposit boxes**

None ☑ List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**13. Setoffs**

None ☑ List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**14. Property held for another person**

None ☑ List all property owned by another person that the debtor holds or controls.

---

**15. Prior address of debtor**

None ☑ If debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

---

**16. Spouses and Former Spouses**

None ☑ If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

**17. Environmental Information**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law.

None ☑ a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law.

None ☑ b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

None ☑ c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

---

**18. Nature, location and name of business**

None ☐ a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|------|------|------|------|------|
| **AAA Fence Corporation** | **30-0184424** | **4920 West Flournoy Chicago, IL 60644** | **Fencing Company** | **05/09/2003- Not in good standing. Company has been mostly dissolved. All assets (FMV $1507) have been distributed to** |

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

owner.

---

None ☑ b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

---

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within six years immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement only if the debtor is or has been in business, as defined above, within the six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

---

### 19. Books, records and financial statements

None ☐ a. List all bookkeepers and accountants who within the **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| **Theodore Van Buren** | **For all relevant periods, no actual bookkeeping was prepared** |
| **Owner** | |
| **8699 Circle Dr.** | |
| **Brookfield, IL  60513** | |

None ☑ b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

None ☐ c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

NAME AND ADDRESS
**Theodore H. Van Buren**
**Owner**
**8699 Circle Dr. Rear**
**Brookfield, IL  60513**

None ☑ d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom a financial statement was issued within the **two years** immediately preceding the commencement of the case by the debtor.

---

### 20. Inventories

None ☑ a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

None ☑ b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

---

### 21. Current Partners, Officers, Directors and Shareholders

None ☑ a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

None ☐ b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|
| **Theodore Van Buren** | **owner** | |
| **8699 Circle Dr** | | |
| **Brookfield, IL  60513** | | |

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**22. Former partners, officers, directors and shareholders**

None ☑ a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

None ☑ b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

**23. Withdrawals from a partnership or distributions by a corporation**

None ☐ If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**Ted Van Buren
8699 Circle Dr
Brookfield, IL  60513**

**All assets listed on Schedule B (FMV $1507) have been distributed to owner, effective 2009. (Except bank funds, FMV $7, not yet distributed.)**

**24. Tax Consolidation Group**

None ☑ If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

**25. Pension Funds.**

None ☑ If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

*[If completed on behalf of a partnership or corporation]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information, and belief.

Date: **August 30, 2010**          Signature: ***/s/ Theodore Van Buren***

**Theodore Van Buren, Owner**

Print Name and Title

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

_____ **0** continuation pages attached

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C. § 152 and 3571.*

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**United States Bankruptcy Court**
**Northern District of Illinois**

**IN RE:**                                                      Case No. _____

AAA Fence Corporation _____   Chapter **7** _____
                          Debtor(s)

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors _____ **117**

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date: **August 30, 2010** _____   */s/ Theodore Van Buren* _____
                                            Debtor

                                            _____
                                            Joint Debtor

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only